# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00028-CV

## In the Matter of M. A. R.

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. J-20,374, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

Appellant M. A. R. filed an unopposed motion to dismiss his appeal, informing this Court that he no longer wishes to prosecute the appeal. Accordingly, we grant his motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

_____

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: July 26, 2002

Do Not Publish